1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:09-cv-02114-MCE-GGH
                                     )
12           Plaintiff,              )   APPLICATION AND ORDER FOR
                                     )   PUBLICATION
13      v.                           )
                                     )
14 APPROXIMATELY $45,734.15 IN       )
   U.S. CURRENCY SEIZED FROM BANK    )
15 OF STOCKTON ACCOUNT NUMBER        )
   2134574001, HELD IN THE NAME      )
16 OF AHMAD KHAN dba SMOKE SHOP &    )
   SNACKS, and                       )
17                                   )
   2002 CADILLAC ESCALADE EXT,       )
18 VIN: 3GYEK63N12G221478,           )
   CALIFORNIA LICENSE NUMBER:        )
19 8L68104,                          )
                                     )
20           Defendants.             )
   ──────────────────────────────────)
21

22      The United States of America, Plaintiff herein, applies for

23 an order of publication as follows:

24      1.  Rule G(4) of the Supplemental Rules for Admiralty or

25 Maritime Claims and Asset Forfeiture Actions (hereafter

26 "Supplemental Rules") provides that the Plaintiff shall cause

27 public notice of the action to be given in a newspaper of general

28 circulation or on the official internet government forfeiture

1   site;

2       2.   Local Rule 83-171, Eastern District of California,

3   provides that the Court shall designate by order the appropriate

4   newspaper or other vehicle for publication;

5       3.   The defendant Approximately $45,734.15 in U.S. Currency

6   seized from Bank of Stockton account number 2134574001, held in

7   the name of Ahmad Khan dba Smoke Shop & Snacks (hereafter "the

8   defendant funds"), and the defendant 2002 Cadillac Escalade EXT,

9   VIN: 3GYEK63N12G221478, California License Number: 8L68104

10  (hereafter "defendant vehicle") were both seized in the city of

11  Stockton, in San Joaquin County, California.  The Department of

12  Treasury, Internal Revenue Service, Criminal Investigation

13  published notice of the non-judicial forfeiture of the defendant

14  funds and the defendant vehicle on April 1, 8 and 15, 2009, in

15  *The Stockton Record.*

16      4.   Plaintiff proposes that publication be made as follows:

17          a.   One publication;

18          b.   Thirty (30) consecutive days;

19          c.   On the official internet government forfeiture

20  site www.forfeiture.gov;

21          d.   The publication is to include the following:

22              (1)   The Court and case number of the action;

23              (2)   The date of the seizure/posting;

24              (3)   The identity and/or description of the

25  property seized/posted;

26              (4)   The name and address of the attorney for the

27  Plaintiff;

28              (5)   A statement that claims of persons entitled

Application and Order for Publication

2

to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: _July 30, 2009_____  LAWRENCE G. BROWN
            Acting United States Attorney


           _/s/ Kristin S. Door_____
           KRISTIN S. DOOR
           Assistant United States Attorney



               **ORDER**

  IT IS SO ORDERED.

Dated: _August 4, 2009_

_____       _/s/ Gregory G. Hollows_____
          UNITED STATES MAGISTRATE JUDGE


$45,734.15.ord