```
LAWRENCE G. BROWN
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-02114-MCE-GGH |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| APPROXIMATELY $45,734.15 IN U.S. CURRENCY SEIZED FROM BANK OF STOCKTON ACCOUNT NUMBER 2134574001, HELD IN THE NAME OF AHMAD KHAN dba SMOKE SHOP & SNACKS, and | |
| 2002 CADILLAC ESCALADE EXT, VIN: 3GYEK63N12G221478, CALIFORNIA LICENSE NUMBER: 8L68104, | |
| Defendants. | |

This matter came before the Honorable Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds and defendant vehicle to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

Findings and Recommendations [Proposed]

1

1.   This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 30, 2009.

2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Mumraiz Khan, Irshan Khan and Ahmad Khan.

3.   Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Mumraiz Khan, Irshan Khan and Ahmad Khan received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.[1]

Therefore, IT IS RECOMMENDED as follows:

4.   That Mumraiz Khan, Irshan Khan and Ahmad Khan be held in default;

5.   That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6.   That a judgment by default be entered against any right, title or interest of potential claimants Mumraiz Khan, Irshan Khan and Ahmad Khan in the defendant funds and the defendant vehicle;

7.   That a final judgment be entered, forfeiting all right, title and interest in the defendant funds and the defendant

---

[1] In reviewing the file, the undersigned observed that certificates of personal service had been docketed only for Ahmad and Irshan Khan. However, Exhibit B to the government's request for entry of default demonstrates personal service on Mumraiz Khan as well. Entry of default was entered on October 6, 2009. Although Ahmad Khan filed a substitution of counsel in this case, no appearance has been made on the merits for any of the potential claimants.

Findings and Recommendations [Proposed]
2

1 | vehicle to the United States of America, to be disposed of
2 | according to law.
3 |     8.   That the Default Judgment and Final Judgment of
4 | Forfeiture lodged herein be signed by the Honorable Morrison C.
5 | England, Jr. and filed by the Clerk of the Court.
6 | Dated:   December 2, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

$45,734.15.fr